**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JONNA BLOODWORTH**                                                                                    **PLAINTIFF**

vs.                                         **CASE NO. 5:14-CV-5333**

**K. HOTAALS, LLC**                                                                                     **DEFENDANT**

**ORDER OF DISMISSAL**

Currently before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 19). In the Stipulation, the parties request that the Court retain jurisdiction over the case for purposes of enforcing the settlement agreement, and they "move the Court for the entry of a Final Order." Accordingly, this case is **DISMISSED WITH PREJUDICE** due to the parties' settlement. The Court will retain jurisdiction to vacate this Order and reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically. All parties are further directed to bear their own fees and costs.

**IT IS SO ORDERED** this 15th day of September, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE